IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CRIMINAL NO. 25 MJ 2340 |
| CLINTON SKIPPINGS<br>Defendant. | ) |

## ORDER TOLLING SPEEDY TRIAL COMPUTATION

The Court having reviewed the waiver of preliminary hearing and request for a continuance of speedy indictment with the defendant in open court, now finds that the ends of justice served by granting the request to toll the speedy indictment computation outweigh the interest of the defendant and the public in a speedy indictment. The Court expressly finds that the public's interest in a speedy indictment in this case is outweighed by: (1) the public's interest in a reasonably expeditious resolution of the case; (2) the public's interest in relieving the burden that would be placed on judicial, prosecutorial, defense, and law enforcement resources if the case proceeded to a preliminary examination and/or a speedy indictment; and (3) the potential benefit conferred upon the defendant in an expedited resolution of the case.

IT IS THEREFORE, ORDERED, ADJUDGED, and DECREED that pursuant to 18 U.S.C. § 3161(h)(7)(A), a period of time of 75 days from today's date is hereby tolled and excluded from the computation of speedy indictment. At the expiration of this 75-day period, the 30-day period pursuant to 18 U.S.C. § 3161(b) for speedy indictment shall resume.

_____
UNITED STATES MAGISTRATE JUDGE