IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )
                                     )
vs.                                  )        Crim. Case No. 25 MJ 2340 KRS
                                     )
CLINTON SKIPPINGS,                   )
                                     )
            Defendant.               )

## ORDER

**THIS MATTER** having come before the Court on Defendant's 1ST Motion to Extend Grand Jury Deadline, and the Court having considered all the facts, finds that the ends of justice served by allowing the request to toll the speedy indictment computation outweigh the interest of the defendants and the public in a speedy indictment. The Court—fully mindful of the mandate of *United States v. Toombs*, 574. F.3d 126 (10th Cir. 2009)—expressly finds that the public's interest in a speedy indictment is outweighed by the (1) the public's interest in a reasonably expeditious resolution of the case; (2) the public's interest in relieving the burden that would be placed on judicial, prosecutorial, defense, and law enforcement resources if the case proceeded to a speedy indictment; and (3) the potential benefit conferred upon the defendant in an expedited resolution of the case.

**IT IS HEREBY ORDERED** that said motion is **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that a period of time of sixty (60) days is hereby excluded from the computation of a speedy indictment pursuant to 18 U.S.C. § 3161(h)(7)(A).

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE